No. 67771.—Young's Market Co. *v.* United States, protests 58/21075 and 59/2891 (Los Angeles).

Opinion by DONLON, J.  It was stipulated that the facts and issues herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 CCPA 112, C.A.D. 351) and that the quantities reported by the inspector as manifested, not found, were not in fact received by the importer.  In accordance with stipulation of counsel and following the decision cited, it was held that duty and internal revenue tax are not assessable upon such portions of the merchandise as were reported by the inspector as manifested, not found.  The protests were sustained to this extent.